IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

FRAN A. WEST, )
 )
      Plaintiff, )
 )
v. ) Case No. 14-CV-405-GKF-FHM
 )
CAROLYN W. COLVIN, Acting )
Commissioner of the Social )
Security Administration, )
 )
      Defendant. )

## OPINION AND ORDER

Plaintiff's *Motion to Remand* pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), [Dkt. 14], is before the court for decision. Defendant has not has filed a response and time to do so has expired.

The basis of Plaintiff's motion is that the administrative transcript, [Dkt. 11-2], does not contain all of the medical evidence used by the ALJ in rendering her decision, specifically prior medical evidence from Paul J. Schwartz, Ph.D., Jerry White, Ph.D., and Perry Inhofe, M.D.[1]

The Defendant filed a Modified Supplemental Administrative Transcript, [Dkt. 15], on March 11, 2015, that contains the prior medical evidence from Paul J. Schwartz, Ph.D., Jerry White, Ph.D., and Perry Inhofe, M.D.

---

[1] The court acknowledges that the ALJ's decision mistakenly refers to Paul Inhofe, M.D., as opposed to Perry Inhofe, M.D.

Based upon these facts this court finds that further administrative action is not warranted. Accordingly, Plaintiff's *Motion to Remand*, [Dkt. 14], is DENIED.

A new Scheduling Order is being entered herewith.

SO ORDERED this 26th day of March, 2015.

*/s/ Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE